UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEORGE M. POTTS,

       Plaintiff,

                                         Civil No. 07-701-HA

       v.                                    JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

Based upon the record, and the Opinion and Order filed September 25, 2008,

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is based upon the correct legal standards and are supported by substantial evidence in the record. The final decision of the Commissioner terminating disability benefits for plaintiff George M. Potts is AFFIRMED.

       DATED this   25   day of September, 2008.

                                                       /s/ ANCER L. HAGGERTY
                                                         ANCER L. HAGGERTY
                                                      United States District Judge

1  - JUDGMENT