WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'10 APR 13 11:27 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**GEORGE POTTS,**    CV # 07-701-HA

    Plaintiff,

vs.    ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $12,500.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Expenses are awarded in the amount of $59.00. The checks shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this _13_ day of _April_, 2010.

                                /s/ Ancer L. Haggerty
                                United States District Judge

Submitted on March 8, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1